ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
MAR 30 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>KIUCHIRO KOUCH,<br><br>          Defendant. | CRIMINAL CASE NO. 99-00069<br><br>**UNITED STATES' MOTION TO DISMISS INDICTMENT AND VACATE WARRANT OF ARREST** |

The United States hereby moves this Honorable Court for an order dismissing the indictment, and vacating the warrant for arrest, in the above-entitled action, for the reason that the available evidence, witnesses, and investigative results are no longer sufficient to proceed to trial against the defendant at this time.

RESPECTFULLY submitted this 29th day of March 2006.

                                              LEONARDO M. RAPADAS
                                              United States Attorney
                                              Districts of Guam and CNMI

                                  By: _____
                                              MARIVIC P. DAVID
                                              Assistant U.S. Attorney