LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

APR - 3 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> ) <br> KIUCHIRO KOUCH, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 99-00069 <br><br> **ORDER** <br><br> re: March 30, 2006 <br> **United States' Motion to Dismiss** <br> **Indictment and Vacate Warrant** <br> **for Arrest** |

Based on the United States' motion filed in the above-captioned matter, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the United States' Motion to Dismiss Indictment and vacate Warrant for Arrest is hereby granted.

**SO ORDERED** this 3 day of April, 2006.

_____
ROGER T. BENITEZ*
District Court of Guam

## ORIGINAL

*The Honorable Roger T. Benitez, United States Senior District Judge for Southern District of California, by designation.