# United States District Court

DISTRICT OF Guam

UNITED STATES OF AMERICA

V.

KUICHIRO KOUCH

## WARRANT FOR ARREST

CASE NUMBER: CRIMINAL CASE NO. 99-00069

To: The United States Marshal
and any Authorized United States Officer

**FILED**
DISTRICT COURT OF GUAM
APR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

YOU ARE HEREBY COMMANDED to arrest KUICHIRO KOUCH
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☑ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)
FAILURE TO APPEAR AS ORDERED BY THIS COURT

US Attorney
ACKNOWLEDGED RECEIPT
By: _____
Date: 7/20/99

Probation
ACKNOWLEDGED RECEIPT
By: jcampos
Date: 7/20/99

US Marshal
ACKNOWLEDGED RECEIPT
By: _____
Date: 7/23/99

FPD
ACKNOWLEDGED RECEIPT
By: JBC
Date: 7/23/99

~~In violation of Title~~ ~~United States Code, Section(s)~~

PATRICIA T. CRUZ
Name of Issuing Officer

Signature of Issuing Officer

COURTROOM DEPUTY
Title of Issuing Officer

JULY 20, 1999 AT AGANA, GUAM
Date and Location

Bail fixed at $ NO BAIL by HONORABLE JOHN S. UNPINGCO
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at Motion to Dismiss/ Warrant Vacated 04/03/2006

| DATE RECEIVED 07/20/1999 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | Walter Gray, Spec DUSM | |